Name: Destney Williams #103412

Topeka Correctional Facility

Address: 815 SE Rice Rd Topeka KS 66607

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Destney Williams, Plaintiff
(Full Name)

V.

Hartpence Dalton, meghan Davis, Erica marshall, Holly Chavez, Dona Hook, Gloria Geither (Warden), Defendant(s)

CASE NO. 22-3058-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) Destney williams (Plaintiff), is a citizen of Kansas (State) who presently resides at Topeka Correctional Facility 815 SE Rice Rd Topeka KS 66607 (Mailing address or place of confinement.)

2) Defendant Hartpence Dalton (Name of first defendant) is a citizen of Topeka Kansas (City, State), and is employed as unit team manager (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

Denying me equal opportunity in the provision of programs retaliating against me for utilizing the grievance process

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

1

Defendant **Erica Marshall** is a citizen of **Topeka KS** and is employed as **Job bank Coordinator**. At the time Claim(s) alleged in this Complaint arose was this defendant acting under the Color of state law? Yes ☒ NO ☐. If your answer is "yes", briefly explain:

5-24-21 Erica Marshall place Inmate Vernell phoenix #70833 in a position of Power by allowing her to confiscate other Inmates property and deligate orders (deliberate indifference) discrimination

Defendant **Holly Chavez** is a citizen of **Topeka KS** active grievance Coordinator (FSA) and is employed as **active grievance coordinator (FSA)** At the time the Claim(s) alleged in this Complaint arose was this defendant acting under the Color of state law? Yes ☒ NO ☐ If your answer is "yes" briefly explain:

Discrimination intentional violation 14th Amendment Abuse of Power General orders 14-103 General orders 15-101A Slander deprivation of Character

Defendant **Dona Hook** is a citizen of **Topeka KS** and is employed as **Major** At the time the Claim(s) alleged in this Complaint arose was this defendant acting under the Color of state law? Yes ☒ NO ☐ If your answer is "yes" briefly explain:

Abuse of prison policy 8-9-21 I was removed off my yard time for no reason 6pm Hook yelled at me and took my Job Harassment 9/2/21 11:15 she threated me again

Defendant **Gloria Geither** is a citizen of **Topeka KS** and is employed as **Warden** At the time the Claim(s) alleged in this Complaint arose was this defendant acting under the Color of state law? Yes ☒ NO ☐ If your answer is "yes" briefly explain:

Failure to act when I came to her in advance about my issue 8-5-21 In writing on 6-11-21 discrimination under the 14th Amendment Abuse of prison policys

3) Defendant **Meghan Davis** (Name of second defendant) is a citizen of **Topeka KS** (City, state), and is employed as **Classifications Administrator** (Position and title, if any). At the time the claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

Violated my 14th Amendment by moving me under strict Covid protocals and placing me with a high risk mental Health Inmate

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

NA

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

I was removed from my Industry Job for hear say when I filed a grievance and I was retaliated against by being moved multiple times during strict Covid protocals which caused me to contract the Covid 19 virus I was placed in a room with a mental Health Inmate who attacked me and the facility would not move me I was later given another Industry Job where I was attacked by a violent offender when I wrote the warden and my counselors in advance stating that I didnt feel comfortable and they still made me go where I was later administratively removed per Warden.

XE-2 8/82     CIVIL RIGHTS COMPLAINT §1983     2

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Negligence ~~10-22-20 to~~ deliberate Indifference General orders 14-103 offender rights 15-101A Private Industry Non prison Deprivation of slander character

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

10-22-20 mrs Davis moved me during Strict Covid protocals 11-19-20 at 8:18 am I spoke to my counsoler mr Barmann asking him not to move me that I had gotten info that the Koch girls were going to get me moved he told me that he wasnt going to move me 11-20-20 at 6am I got moved to B-Dorm and I got Covid

B) (1) Count II: Harassment (Violation of the 14th Amendment) General Orders 14-103 offender rights 1st Amendment

(2) Supporting Facts: 10-21-20 I filed a grievance and was removed from G-Dorm 10-23-20 the Deputy warden Kevin Keith spoke to me at 10:25am he explained to me that he removed me from Koch Inc Company for hear say 10-22-20 LT Thompson comes to get me at 8:25pm he was going to place me in max custody but my 2pm-10pm officer Stinsocker explained to Thompson that I never left my room.

C) (1) Count III: Discrimination (violation of the 14th Amendment) General orders (14-103) offender rights (15.101A) Work release and non Prison Based private Industry

(2) Supporting Facts: 6-11-21 and 6-22-21 I wrote my counselor in the Warden I explained to the Warden that I did not feel Comfortable on that shift the Warden stated on paper that she did not switch shifts for people 8-5-21 I was attacked by a violent Inmate 9-1-21 the warden switched shifts for people

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: NA

        Defendants: NA

    b) Name of court and docket number NA

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) NA

    d) Issues raised NA

e) Approximate date of filing lawsuit __NA__

f) Approximate date of disposition __NA__

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [X] No ☐ _DW_. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I did file several Grievances during Covid it was difficult due to the fact that I was not recieving any of my Grievances back or form-9s if Covid was mentioned so I took Dates and times in place of my Grievances

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

I believe that I should be Compensated $112 a day starting October 20th 2020 they day I was removed from Koch Inc Company. until my release Date or until I am granted a opportunity of equal value or more

_____      Destiny Williams
Signature of Attorney (if any)     Signature of Plaintiff

_____

_____
(Attorney's full address and telephone number)